IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA     PLAINTIFF

vs.     Case No. 2:20 CR 20017-002

HUMBERTO ACOSTA-MARTINEZ     DEFENDANT

## CONSENT TO HOLD PROCEEDINGS BEFORE A MAGISTRATE JUDGE BY VIDEO TELECONFERENCING OR BY TELEPHONE

As you are aware, a National Emergency was declared pertaining to the COVID-19 pandemic. This situation may require the use of video teleconferencing (VTC), or the telephone, in lieu of in-court appearances. In order for such technologies to be used in place of in-court hearings in your case, you will need to provide consent.

By your signature below you are agreeing, after consultation with your attorney, to allow court hearings in your case to proceed before a Magistrate Judge by use of video teleconferencing, or by telephone. These hearings are limited to the initial appearance and/or arraignment and detention. This consent shall remain in effect until you revoke it.

_____
Defendant

_____
Attorney for Defendant

Date

01/15/2021
Date

## CONSENTIMIENTO PARA LLEVAR A CABO PROCEDIMIENTOS POR VIDEO-TELECONFERENCIA O TELEFONO

Como ya lo sabe, se ha declarado una emergencia nacional en todo el pais debido a la pandemia causada por el virus COVID-19. Debido a esta situacion es possible que en lugar de comparecer en el tribunal, estas audiencias se lleven a cabo por medio del telefono o video teleconferencias. Para que esto pueda llevarse a cabo, necesitaremos de su consentimiento.

Al firmar acuerda, que despues de haber consultado con su abogado, nos permite que las audiencias en su caso se lleven a cabo por medio te video-teleconferencia o llamadas telefonicas. Dichas audiencias estan limitadas a lo siguiente, comparecencias iniciales, presentacion oficial de acusaciones y determinacion de fianza. Este consentimiento debera de permanecer en efecto hasta que usted lo revoque por escrito enviandole una carta a su abogado.

Humberto A martinez
Acusado

01/14/2021
Fecha

_____
Abogado para el acusado

_____
Fecha